**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:  (559) 486-4533


Attorney for Defendant
**RAMON GOMEZ GARCIA**


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>RAMON GOMEZ GARCIA )<br>)<br>Defendant. )<br>_____) | CASE NO. 1:13-CR-00412-LJO<br><br>**STIPULATION TO CONTINUE BOND STATUS CONFERENCE AND ORDER** |

Defendant, RAMON GOMEZ GARCIA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, MEGAN RICHARDS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the BOND Status Conference in the above-referenced case currently scheduled for January 3rd, 2014 at 1:30 p.m. be continued to Friday, January 17, 2014 at 1:30 p.m. in the courtroom for the Honorable Duty Magistrate.

This stipulation is based on good cause and in the interest of justice as defendant's hired appraiser will not complete the property bond appraisal prior to January 3rd, 2014 and requires the additional two weeks to complete the property bond.

**IT IS SO STIPULATED**

                                          Respectfully submitted,

Dated: 12-30-2013                    /s/ Nicholas F. Reyes
                                          NICHOLAS F. REYES
                                          Attorney for Defendant
                                          **RAMON GOMEZ GARCIA**

**IT IS SO STIPULATED**

Dated: 12-30-2013                    /s/ Megan Richards
                                          MEGAN RICHARDS
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:  **December 31, 2013**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE