NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: reyesf@earthlink.net

Attorney for Defendant
RAMON GOMEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-412-LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BOND STATUS CONFERENCE |
| v. | |
| RAMON GOMEZ GARCIA. | |
| Defendant. | |

    Defendant, RAMON GOMEZ GARCIA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, MEGAN RICHARDS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the BOND Status Conference in the above-referenced case currently scheduled for January 17th, 2014 at 1:30 p.m. be continued to Monday, January 27, 2014 at 1:00 p.m. in the courtroom for the Honorable Magistrate JudgeMcAuliffe.

    This stipulation is based on good cause and in the interest of justice.

**IT IS SO STIPULATED**

                            Respectfully submitted,

Dated: 01-16-2014                /s/ Nicholas F. Reyes
                                     NICHOLAS F. REYES
                                       Attorney for Defendant
                                     **RAMON GOMEZ GARCIA**

1

**IT IS SO STIPULATED**

Dated: 01-16-2014                      /s/ Megan Richards
                                       MEGAN RICHARDS
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **January 16, 2014**        _____
                                       UNITED STATES MAGISTRATE JUDGE

2