1   NICHOLAS F. REYES, #102114
    Attorney at Law
2   1107 "R" Street
    Fresno, CA 93721
3   Telephone:  559-486-4500
    Facsimile: 559-486-4533
4   E-mail: nfreyeslaw@gmail.com

5   Attorney for Defendant
    RAMON GOMEZ GARCIA

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO.  1:13-CR-00412

13                      Plaintiff,      APPLICATION FOR EXONERATION
                                        OF PROPERTY BOND AND
14  v.                                  RECONVEYANCE OF REAL
                                        PROPERTY
15  RAMON GOMEZ GARCIA,

16                      Defendant.

17

18       RAMON GOMEZ GARCIA, by and through his attorney of record, Nicholas F.

19  Reyes, hereby requests an order exonerating the property bond for reconveyance of real

20  property in this action.

21       On January 27, 2014, real property owned by RAMON GOMEZ GARCIA and

22  MARIA GUADALUPE GOMEZ was posted as collateral for the property bond for the

23  release of defendant RAMON GOMEZ GARCIA.  The Deed of Trust in the amount of

24  $65,000 was recorded in Kern County on property described as APN: 191-222-20, Deed

25  Document No. 0214006244.

26       On December 14, 2015, defendant Ramon Gomez Garcia was sentenced to 6 months

27  custody.  Defendant has completed his sentence and supervised release.

28

                                      1

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Ramon Gomez Garcia and Maria Guadalupe Gomez.


Dated: August 2, 2023              /s/ Nicholas  F. Reyes
                                   NICHOLAS F. REYES
                                   Attorney for Defendant


### <u>ORDER</u>

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Ramon Gomez Garcia and Maria Guadalupe Gomez.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

UNITED STATES DISTRICT JUDGE